UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID L. WOMACK,                  :
                                  :   Civil No. 11-2884 (JAP)
         Plaintiff,               :
                                  :
         v.                       :   **ORDER**
                                  :
NEW JERSEY, et al.,               :
                                  :
         Defendants.              :

   IT APPEARING THAT:

1. On May 20, 2011, Plaintiff David L. Womack, an inmate confined at New Jersey State Prison, filed this civil action in forma pauperis, without prepayment of fees or security, asserting claims pursuant to 42 U.S.C. § 1983.

2. The matter was administratively terminated on August 22, 2011 because Plaintiff did not submit the $350.00 filing fee or an in forma pauperis application as required by 28 U.S.C. § 1915(a)(1), including a certified copy of his inmate trust fund account statement(s) for the six-month period immediately preceding the filing of his complaint as required by 28 U.S.C. § 1915(a)(2).

3. On September 23, 2011, the Clerk of the Court received from Plaintiff an Application and/or Motion for Expedited Relief.

4. On October 3, 2011, the Clerk of the Court received from Plaintiff an Affidavit of Poverty and Account Certification.

8. Plaintiff had also filed, in the United States Court of Appeals for the Third Circuit, a Petition for Writ of

Mandamus. That Petition was denied on November 3, 2011.

IT IS THEREFORE on this 15th day of November, 2011,

ORDERED that the Clerk shall reopen the file in order for this Court to entertain Plaintiff's application to proceed <u>in forma pauperis</u> and, if same is granted, to screen the Complaint for dismissal, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A and/or 42 U.S.C. § 1997e.

<u>S/ Joel A. Pisano</u>
Joel A. Pisano
United States District Judge